**DAVID A. GALLO & ASSOCIATES LLP**
Attorneys for Webster Bank, N.A.
Robyn E. Goldstein, Esq.
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)

| | |
|---|---|
| In re:<br><br>James Sanchez<br>aka James Sanchez Rosado<br><br>               Debtor. | Case No.: 25-23175-shl<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**TO THE CLERK OF THE BANKRUPTCY COURT**

     **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned Chapter 11 case on behalf of Webster Bank, N.A., secured creditor, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, application, lists, schedules, statements and all other matters arising in this Chapter 11 case or in any related adversary proceeding be served upon:

                        David A. Gallo & Associates LLP
                        47 Hillside Avenue, 2nd Floor
                        Manhasset, NY 11030
                        Attn:    Robyn E. Goldstein, Esq.
                        Telephone Number: (516) 583-5330
                        Facsimile: (516) 583-5333
                        Email: rgoldstein@msgrb.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtor in the above-captioned Chapter 11 case or any property of the Debtor. This appearance and request for notice is without prejudice to the rights remedies and claims of Webster Bank, N.A. against other entities or any objection by Webster Bank, N.A. that may be made to the subject matter jurisdiction of the Court or the propriety of the venue herein and shall not be deemed or construed to submit Webster Bank, N.A. to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated:  January 8, 2026        **DAVID A. GALLO & ASSOCIATES LLP**
       Nassau, New York       Attorneys for Webster Bank, N.A.

        By: */s/ Robyn E. Goldstein, Esq.*
         Robyn E. Goldstein, Esq.
        47 Hillside Avenue, 2nd Floor
        Manhasset, NY 11030
        Telephone Number: (516) 583-5330
        Facsimile: (516) 583-5333